AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FILED
OCT 15 2014
Clerk, U.S. District Court
Greensboro, NC
By _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:14CR39-5 |
| KENNETH WAYNE WHITE | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **KENNETH WAYNE WHITE**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to impede government function; induce aliens into U.S. for private financial gain; use fraud to enter U.S.; moneylaunder in violation of 8:1324 (a)(1)(A)(v)(I) and 18:371 and 2
Mail fraud in violation of 18:1341 and 2
Money laundering - mail fraud in violation of 18:1957 and 2
***Bail has been recommended by the United States Attorney in the amount of $100,000, secured by 10% and surrendered passport***

Date: 10/01/2014

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Jamie L. Sheets, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10-1-14, and the person was arrested on *(date)* 10-9-14
at *(city and state)* Winston-Salem, NC

Date: 10-9-14

RECEIVED
OCT 01 2014
U.S. Marshals Service, M/NC

*Richard C. Dawson Jr.*
*Arresting officer's signature*

Richard C. Dawson, Jr.  Special Agent
*Printed name and title*

Case 1:14-cr-00039-JAB  Document 54  Filed 10/15/14  Page 1 of 1