# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>HARRY LEE WICKER, JR.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:14CR39-4 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HARRY LEE WICKER, JR.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to impede government function; induce aliens into U.S. for private financial gain; use fraud to enter U.S.; moneylaunder in violation of 8:1324 (a)(1)(A)(v)(I) and 18:371 and 2
Mail fraud in violation of 18:1341 and 2
Money laundering - mail fraud in violation of 18:1957 and 2
***Bail has been recommended by the United States Attorney in
the amount of $100,000, secured by 10% and surrendered passport***

Date: 10/01/2014

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Jamie L. Sheets, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/01/2014, and the person was arrested on *(date)* 10/09/2014
at *(city and state)* WINSTON SALEM NC

Date: 10/09/2014

*Arresting officer's signature*

PAUL M. BACKSTROM    SPECIAL AGENT
*Printed name and title*

RECEIVED
OCT 01 2014
U.S. Marshals Service, M/NC