IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  1:14CR39-1 |
| | ) | |
| CRAIG STANFORD EURY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

SATISFACTION OF FINE

The fine in the above-entitled case ordered on September 24, 2015, in the amount

of $15,000.00, having been paid, the Clerk of the United States District Court for the

Middle District of North Carolina is hereby authorized and empowered to satisfy and

cancel said fine imposed by the judgment of record.

This, the 22 October 2015.

Respectfully submitted,

RIPLEY RAND
United States Attorney

/s/ Joan B. Binkley
Assistant United States Attorney
NCSB# 18100
Attorney for Plaintiff
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Telephone:  (336) 333-5351
E-mail:  joan.binkley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:14CR39-1 |
| | ) | |
| CRAIG STANFORD EURY, JR., | ) | |
| | ) | |
| Defendant. | ) | CERTIFICATE OF SERVICE |

I hereby certify that on October 22, 2015, the foregoing Satisfaction of Fine was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: kdavis@brookspierce.com, wcamden@brookspierce.com, mdowling@brookspierce.com.

Respectfully submitted,

RIPLEY RAND
United States Attorney

/s/ Joan B. Binkley
Assistant United States Attorney
NCSB# 18100
Attorney for Plaintiff
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Telephone: (336) 333-5351
E-mail: joan.binkley@usdoj.gov