THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  1:14CR39-4 |
| | ) | |
| HARRY LEE WICKER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

SATISFACTION OF FINE

The fine in the above-entitled case ordered on October 29, 2015, in the amount of

$20,000.00, having been paid, the Clerk of the United States District Court for the Middle

District of North Carolina is hereby authorized and empowered to satisfy and cancel said

fine imposed by the judgment of record.

This, the 3 December 2015.

Respectfully submitted,

RIPLEY RAND
United States Attorney

/s/ Joan B. Binkley
Assistant United States Attorney
NCSB# 18100
Attorney for Plaintiff
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Telephone:  (336) 333-5351
E-mail:  joan.binkley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  1:14CR39-4 |
| | ) | |
| HARRY LEE WICKER, JR., | ) | |
| | ) | |
| Defendant. | ) | <u>CERTIFICATE OF SERVICE</u> |

I hereby certify that on December 3, 2015, the foregoing Satisfaction of Fine was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: <u>wsmith@tharringtonsmith.com</u> and <u>mhill@tharringtonsmith.com</u>.

Respectfully submitted,

RIPLEY RAND
United States Attorney

/s/ Joan B. Binkley
Assistant United States Attorney
NCSB# 18100
Attorney for Plaintiff
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Telephone:  (336) 333-5351
E-mail:  joan.binkley@usdoj.gov