IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:14CR39-5 |
| ) | |
| KENNETH W. WHITE, ) | |
| ) | |
| Defendant. ) | |

SATISFACTION OF FINE

The fine in the above-entitled case ordered on September 30, 2015, in the amount of $12,000.00, having been paid, the Clerk of the United States District Court for the Middle District of North Carolina is hereby authorized and empowered to satisfy and cancel said fine imposed by the judgment of record.

This, the 9 December 2015.

                                                      Respectfully submitted,

                                                      RIPLEY RAND
                                                      United States Attorney

                                                      /s/ Joan B. Binkley
                                                      Assistant United States Attorney
                                                      NCSB# 18100
                                                      Attorney for Plaintiff
                                                      United States Attorney's Office
                                                      101 S. Edgeworth St., 4th Floor
                                                      Greensboro, NC 27401
                                                      Telephone: (336) 333-5351
                                                      E-mail: joan.binkley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:14CR39-5 |
| | ) | |
| KENNETH W. WHITE, | ) | |
| | ) | |
| Defendant. | ) | CERTIFICATE OF SERVICE |

I hereby certify that on December 9, 2015, the foregoing Satisfaction of Fine was electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that the document was mailed to the following non-CM/ECF participant:

Kenneth W. White
[Redacted pursuant to FRCrP 49.1(a)]
West End, NC

Respectfully submitted,

RIPLEY RAND
United States Attorney

/s/ Joan B. Binkley
Assistant United States Attorney
NCSB# 18100
Attorney for Plaintiff
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Telephone: (336) 333-5351
E-mail: joan.binkley@usdoj.gov